UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MARK C. ROGERS
        Petitioner
   v.                                  **Judgment in a Civil Case**
STATE OF NORTH CAROLINA; TRAVIS OUTLAW
        Respondents              Case Number: 5:10-HC-2017-BO

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for consideration of the respondent's motion to dismiss.

**IT IS ORDERED AND ADJUDGED** that respondent's motion to dismiss is granted and this action is hereby dismissed without prejudice.

This Judgment Filed and Entered on June 8, 2011, with service on:
Mark C. Rogers 0350574, Hyde Correctional Center, P.O. Box 278, Swan Quarter, NC 27885 (via U.S. Mail)
Mary Carla Hollis (via CM/ECF Notice of Electronic Filing)

June 8, 2011                                     /s/ Dennis P. Iavarone
                                                                  Clerk

Raleigh, North Carolina